UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>Petitioner,<br>v.<br><br>BRIAN WILLIAMS, et al.,<br><br>Respondents. | Case No. 2:19-cv-00261-RFB-CWH<br><br>**ORDER** |

Petitioner's Unopposed Motion for Extension of Time (ECF No. 11) is GRANTED. Petitioner will have until October 8, 2019, to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 15th day of July 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE