UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>               Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>               Respondents. | Case No. 2:19-cv-00261-RFB-CWH<br><br>**ORDER** |

Good cause appearing, Respondents' unopposed Motion for Enlargement of Time (ECF No. 26) is GRANTED. Respondents have until January 16, 2020, to file a reply in support of the Motion to Dismiss (ECF No. 23).

DATED this 16th day of December, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE