UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>　　　　　　　　Petitioner,<br>v.<br>BRIAN WILLIAMS, et al.,<br><br>　　　　　　　　Respondents. | Case No. 2:19-cv-00261-RFB-CWH<br><br>**ORDER** |

Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed first Motion for Enlargement of Time (ECF No. 31) is GRANTED. Respondents have until March 31, 2021, to answer the Amended Petition for Writ of Habeas Corpus (ECF No. 14) in this case.

DATED this 22nd day of January, 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE