AARON D. FORD
  Attorney General
Allison Herr (NV Bar No. 5383)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3799 (phone)
(702) 486-2377 (fax)
AHerr@ag.nv.gov
Attorneys for Respondents

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHARLES MCDONALD,

    Petitioner,

  vs.

WARDEN BRIAN WILLIAMS, *et al.*,

    Respondents.

Case No. 2:19-cv-00261-RFB-DJA

**MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 14)**

**(THIRD REQUEST)**

Respondents move this Court for an enlargement of time of sixty-two days from the current due date of Tuesday, June 1, 2021 up to and including Monday, August 2, 2021 in which to file their answer to Petitioner's Amended Petition for Writ of Habeas Corpus. (ECF No. 14). This motion is made pursuant to Fed. R. Civ. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached affidavit of counsel.

This is the third enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

DATED June 1, 2021.

AARON D. FORD
Attorney General

By: /s/ Allison Herr
    Allison L. Herr (Bar No. 5383)
    Senior Deputy Attorney General

## DECLARATION OF ALLISON HERR

STATE OF NEVADA )
) ss:
COUNTY OF CLARK )

I, Allison Herr, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Senior Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in the case of *Charles E. McDonald v. Brian Williams,* 2:19-cv-00261-RFB-CWH, and as such, have personal knowledge of the matters contained herein.

2. An answer to the Amended Petition for Writ of Habeas Corpus (ECF No. 14) is currently due on Monday, June 1, 2021. Respondents have been unable to timely complete their answer in this matter and need additional time. Respondents are seeking an extension up to and including Monday, August 2, 2021.

3. Despite best efforts I have been unable to timely complete the answer in this matter as I had responses due in two state matters this past week, and an answer due May 28, 2021 in a matter that was on its fifth extension in *Malone* 2:18-cv-01146.

4. In the next thirty days I have two answering briefs due to the Nevada Supreme Court, an answering brief due to the 9th Circuit, and an evidentiary hearing in federal court, and a motion to dismiss, and two answers due in federal court. This is in addition to counsel's regular duties responding to state habeas matters.

5. Unfortunately, a number of unique issues arose that led to prior requests for extension, including workload, the unexpected loss of employees, certain Ninth circuit matters, and the medical treatment and the hospitalization of a family member. Further both the staff and attorneys at the Nevada Attorney General's office remain subject to unpaid furlough through June 30, 2021. Given these issues additional time is necessary for Respondent to complete their answer.

6. I have discussed this matter with opposing counsel and he does not object to my request for an extension.

/ / /

/ / /

7. This is the third request for an extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 1st day of June 2021.

_/s/ Allison Herr_
Allison L. Herr (NV Bar No. 5383)


## IT IS SO ORDERED:

RICHARD F. BOULWARE, II
United States District Judge

DATED this 4th day of June, 2021.

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Motion for Extension of Time to File Answer to Petition for Writ of Habeas Corpus (Third Request)* with the Clerk of the Court by using the CM/ECF system on June 1, 2021.

The following participants in this case are registered electronic filing system users and will be served electronically:

Ron Y. Sung
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101
Ron_sung@fd.org

/s/ M. Landreth
An employee of the Office of the Attorney General