# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES E. MCDONALD,<br><br>　　　　　Petitioner,<br><br>v.<br><br>WARDEN BRIAN WILLIAMS, et al.,<br><br>　　　　　Respondents. | Case No. 2:19-cv-00261-RFB-DJA<br><br>**ORDER** |

　　　Good cause appearing, IT IS HEREBY ORDERED that Respondents' unopposed fourth Motion for Enlargement of Time (ECF No. 37) is GRANTED. Respondents have until September 13, 2021, to answer the Amended Petition for Writ of Habeas Corpus (ECF No. 14) in this case.

　　　DATED this 2nd day of September 2021.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE